**No. 52954.**—Pittman-Moore Co. *v.* United States, protest 138830–K (New York).

Opinion by Cole, J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall the subject of *G. D. Searle & Co. v. United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.